598

438 A.2d 655

De Haven v. Fiedler, Appellant.

Argued September 11, 1980. William J. Fries, for appellant; Jeffrey R. Dimmich, for appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Case remanded.

HESTER, J., filed a memorandum concurring statement.

SPAETH, J., filed a memorandum dissenting statement.

438 A.2d 655

Liberati v. Continental Cas. Co., et al.

Appeal of Maria Liberati.

Argued March 17, 1980. David Freeman, for appellant; Michael R. Sweeney, for Joseph Liberati, appellee; Joel G. Kalman, did not file a brief on behalf of Continental, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Order affirmed.

PRICE, J., did not participate in the consideration or decision of this case.